**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7455

BENOIT TSHIWALA,

 Petitioner - Appellant,

 v.

GREGG HERSHBERGER, Warden; DOUGLAS F. GANSLER, Attorney
General of the State of Maryland,

 Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District
Judge. (8:09-cv-02232-AW)

Submitted: December 20, 2011      Decided: January 4, 2012

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary Eugene Bair, BENNETT & BAIR, LLC, Greenbelt, Maryland, for
Appellant. Edward John Kelley, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benoit Tshiwala appeals the district court's order denying relief on the Fourth Amendment claims he raised in his 28 U.S.C. § 2254 (2006) petition.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tshiwala v. Hershberger, No. 8:09-cv-02232-AW (D. Md. Sept. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We previously granted a certificate of appealability as to Tshiwala's Fourth Amendment claims and denied a certificate of appealability and dismissed the appeal as to all remaining claims.